IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR GONZALEZ-PEREZ,<br><br>Defendant. | CR 23-12-BU-DLC<br><br><br><br>ORDER |

Defendant Oscar Gonzalez-Perez has filed a Motion to Appear at Arraignment Via Video. (Doc. 8). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant may appear via Zoom at his initial appearance and arraignment on January 30, 2025. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 24th day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1