IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR GONZALEZ-PEREZ,<br><br>Defendant. | CR 23–12–BU–DLC<br><br><br>ORDER |

Before the Court is an unopposed motion of the United States of America requesting transfer of this matter pursuant to Federal Rule of Criminal Procedure 20. Defendant Oscar Gonzalez-Perez and the United States Attorneys in the Central District of California and District of Montana have signed a written consent to transfer this case for plea and sentencing. (Doc. 35.)

Accordingly, IT IS ORDERED that the motion (Doc. 33) is GRANTED. This matter is referred to the Central District of California for a change of plea and sentencing hearing pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The Clerk is directed to transfer the file in this case to the Clerk in the Central District of California, pursuant to Fed. R. Crim. P. 20(b).

IT IS FURTHER ORDERED that all hearings set in the District of Montana are hereby VACATED.

1

DATED this 18th day of November, 2025.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court